**Order filed July 9, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00384-CV
_____

### IN THE INTEREST OF I.D.R., AND A.B.R., CHILDREN

---

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2018-40587**

---

## ORDER

The reporter's record in this case was filed May 22, 2019. On June 18, 2019, appellant filed a motion to supplement the reporter's record. Appellant indicates she requested the following transcript which has not been filed with the court:

- February 5, 2019 hearing

Phyllis Gonzales, the official court reporter for the 308th District Court of Harris County, is directed to file a supplemental reporter's record containing the requested transcripts **July 29, 2019.**

If any of the requested transcripts were not recorded, Phyllis Gonzales is

directed to file a certified statement detailing which requested transcripts are not part of the record **on or before July 29, 2019.**

Appellant's brief is due 20 days after the complete reporter's record has been filed or a certified statement filed that the requested transcripts are not part of the record.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Hassan.